E. JEFFREY BANCHERO (SBN 93077)
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000

Attorneys for Plaintiffs
METABYTE, INC. and VIVEK MEHTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/10/05*

| | |
|---|---|
| METABYTE, INC. and VIVEK MEHTA, <br><br> Plaintiffs, <br><br> v. <br><br> CANAL + TECHNOLOGIES, S.A. and DOES 1-10, <br><br> Defendants. | CASE NO. 02-05509 RMW <br><br> [PROPOSED] ORDER GRANTING PERMISSION TO BRING AUDIO-VISUAL EQUIPMENT INTO COURTROOM <br><br> Date: June 13, 2005 <br> Time: 1:30 p.m. <br> Courtroom: 6 <br> Judge: Hon. Ronald M. Whyte |

Upon request, and for the purposes of trial, The Honorable Ronald M. Whyte hereby grants permission to plaintiff's counsel, Kastner Banchero LLP to bring the following electronic and audio-visual equipment, or any of them, into the U. S. District Court House at 280 South 1st Street, San Jose, California, and into Courtroom 6, on any date between June 13, 2005 and June 24, 2005:

1. Apple Titanium Powerbook;

2. IBM Think Pad;

3. Epson 730 Digital Projector;

4. 8' x 8' screen and tripod;

5. Daylight easel;

6. 4' x 5' portfolio with oversized paper tablets.

Dated: June 10, 2005

/S/ RONALD M. WHYTE
Hon. Ronald M. Whyte
U.S. District Court Judge

.

DATED: June 7, 2005

KASTNER | BANCHERO LLP

By: _____
E. Jeffrey Banchero

Attorneys for Plaintiffs
METABYTE, INC. and VIVEK MEHTA

CASE NO. 02-05509
ORDER GRANTING PERMISSION TO BRING AUDIO-VISUAL EQUIPMENT INTO COURTROOM

2