**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUL − 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

METABYTE
        Plaintiff(s),

vs.

Canal +
        Defendant(s).

NO. C-02-05509-RMW

STIPULATION AND ORDER
(Trial Exhibits)

IT IS HEREBY STIPULATED that the trial exhibits in the above-entitled case may be returned to counsel, and all exhibits will be kept by counsel until or unless an appeal is filed.

Should an appeal be filed, counsel are to deliver the exhibits to the Ninth Circuit Court of Appeals upon request by the Clerk's Office of that court.

DATED: 6·29·05

_____
Signature of Plaintiff's Counsel

DATED: 6·29·05

Vernon N. Granneman
_____
Signature of Defendant's Counsel

SO ORDERED:

Ronald M. Whyte
_____
JUDGE/~~MAGISTRATE~~ RONALD M. WHYTE