1  SULLIVAN & WORCESTER LLP
   FRANKLIN B. VELIE, Admitted *Pro Hac Vice*
2    fvelie@sandw.com
   JONATHAN G. KORTMANSKY, Admitted *Pro Hac Vice*
3    jkortmansky@sandw.com
   1290 Avenue of the Americas
4  New York, New York  10104
   Telephone:  (212) 660-3000
5  Facsimile:  (212) 660-3001

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   VERNON H. GRANNEMAN, California Bar No. 83532
7    vernon.granneman@pillsburylaw.com
   2475 Hanover Street
8  Palo Alto, California  94304
   Telephone:  (650) 233-4500
9  Facsimile:  (650) 233-4545

10 Attorneys for Defendant
   CANAL + TECHNOLOGIES, S.A.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

| | |
|---|---|
| METABYTE, INC. and VIVEK MEHTA, | Case No. C 02-05509 (RMW) |
| Plaintiffs, | **STIPULATION FOR ENLARGEMENT OF TIME RE:**  AND ORDER |
| vs. | **(1)  THE BILL OF COSTS FILED BY CANAL+ TECHNOLOGIES, S.A.; AND** |
| CANAL + TECHNOLOGIES, S.A., | |
| Defendant. | **(2)  BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR NEW TRIAL AND ORDER THEREON** |

    Plaintiffs Metabyte, Inc. and Vivek Mehta and Defendant Canal+ Technologies, S.A., through their respective counsel, hereby stipulate and agree as follows:

    1.    The Court entered Judgment on the jury's verdict in this matter on July 7, 2005. Thereafter, Defendant Canal+ Technologies, S.A. timely filed its Bill of Costs and supporting declaration on July 21, 2005, pursuant to Local Rule 54-1.  Plaintiffs' counsel has raised certain objections to cost items claimed by Canal+ and Canal+ has proposed to file an amended cost bill to

- 1 -

STIPULATION FOR ENLARGEMENT OF TIME RE: BILL OF COSTS AND BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR NEW TRIAL -   Case No. C02-05509 (RWM)

1  attempt to address certain of those objections.  Accordingly, the parties agree that Canal+ shall have
2  up to and including August 9, 2005 within which to file an amended cost bill and supporting
3  declaration.  The parties further agree that any objections to the amended cost bill shall be filed
4  within the time limits and subject to the meet and confer requirements of Local Rule 54-2.

5      2.  On July 21, 2005, Plaintiffs timely filed a Motion for New Trial pursuant to Federal
6  Rule of Civil Procedure Rule 59.  The motion is, in part, based on affidavits and is scheduled for
7  hearing on September 2, 2005 at 9:00 a.m.  The parties have agreed to move the hearing date on the
8  motion for one week to September 9, 2005 at 9:00 a.m. and to adjust the briefing schedule as
9  follows:

10      (a)  Canal+'s opposition to the motion, including any opposing affidavits
11  pursuant to FRCP Rule 59(c), shall be filed and served on or before August 15, 2005.

12      (b)  Plaintiffs' reply to Defendant's opposition shall be filed and served on or
13  before August 26, 2005.

Dated:  August 4, 2005.

    KASTNER BANCHERO LLP
    20 California Street, 7th Floor
    San Francisco, CA  94111

    By  /s/
      Robert M. Lichtman
      Attorneys for Plaintiffs
      Metabyte, Inc. and Vivek Mehta

Dated:  August 4, 2005.

    SULLIVAN & WORCESTER LLP
    FRANKLIN B. VELIE
    JONATHAN G. KORTMANSKY
    1290 Avenue of the Americas
    New York, New York  10104

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN
    2475 Hanover Street
    Palo Alto, CA  94304-1114

    By  /s/
      Vernon H. Granneman
      Attorneys for Defendant
      Canal+ Technologies, Inc.

- 2 -

STIPULATION FOR ENLARGEMENT OF TIME RE: BILL OF
COSTS AND BRIEFING AND HEARING ON PLAINTIFFS'
MOTION FOR NEW TRIAL -  Case No. C02-05509 (RWM)

1
2    IT SO ORDERED.
3
4    Dated: 9/1/05
5                                              _____
     The Hon
6
                                               
7
8
...
28
                                    - 3 -

STIPULATION FOR ENLARGEMENT OF TIME RE: BILL OF
COSTS AND BRIEFING AND HEARING ON PLAINTIFFS'
MOTION FOR NEW TRIAL -   Case No. C02-05509 (RWM)